JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY POTTS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Respondent. | CASE NO. 2:20-cv-10008-ODW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: November 18, 2020

　　　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE